## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | |
|---|---|
| ARNOLD KLEIN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>           v.<br><br>MONOGRAM RESIDENTIAL TRUST, INC., MARK T. ALFIERI, E. ALAN PATTON, W. BENJAMIN MORELAND, TAMMY K. JONES, DAVID D. FITCH, JONATHAN L. KEMPNER, and TIMOTHY J. PIRE,<br><br>                    Defendants. | C.A. No. 1:17-cv-02211-GLR |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Arnold Klein ("Plaintiff") voluntarily dismisses the captioned action (the "Action") without prejudice as to Plaintiff, and without prejudice as to the putative class in the Action.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  November 22, 2017        LEVI & KORSINSKY, LLP

                                  /s/ Donald J. Enright
                                 Donald J. Enright
                                 LEVI & KORSINSKY, LLP
                                 1101 30th Street, N.W., Suite 115
                                 Washington, D.C. 20007
                                 Telephone:    (202) 524-4292
                                 Facsimile:    (202) 333-2121
                                 Email: denright@zlk.com

1

*Attorneys for Plaintiff*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*